UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   1:22mj02159 Becerra

UNITED STATES OF AMERICA

vs.

ALEJANDRA ROMAY VEYTIA,
    a/k/a "ALEJANDRA ROMAY MUNOZ,"

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?   __Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __Yes  _x_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   __ Yes  _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:  *Katherine W. Guthrie*
KATHERINE W. GUTHRIE
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502786
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9117
Fax (305) 530-7976
Katherine.Guthrie@usdoj.gov

AO 91 (Rev. 5/85) Criminal Complaint   AUSA GUTHRIE

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEJANDRA ROMAY VEYTIA,
a/k/a "ALEJANDRA ROMAY MUNOZ,"

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:22mj02159 Becerra

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 2, 2022, at the Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, ALEJANDRA ROMAY VEYTIA, did knowingly possess a counterfeited, altered, and/or falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551") and Social Security card, which the defendant knew to be forged, counterfeited, altered, and/or falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am an Enforcement Officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about February 2, 2022, the defendant, ALEJANDRA ROMAY VEYTIA, arrived at Miami International Airport aboard Aero Mexico Airlines Flight #412 from Mexico City, Mexico. At CBP primary, the defendant presented a Mexican passport and U.S. visa to CBP for an examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During an examination of the defendant and her luggage, CBP Officers discovered a counterfeit I-551 card and social security card in the defendant's jacket. The I-551 card bore a photograph, her biographical information and both the social security card and I-551 had a variation of the defendant's name. A record check of the I-551 card number revealed that the number belonged to a male legal permanent resident of the United States, and the social security card number belonged to a United States citizen residing in California. During a secondary interview, the defendant admitted that she obtained the fraudulent documents on a previous trip to the United States and intended to use the documents for unauthorized employment in the United States.

RAMON MELENDEZ, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone.

2/3/2022
Date

at

Miami, Florida
City and State

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Signature of Judicial Officer